UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                   :

TIME SQUARE SUITES, LLC,                 :

                  Plaintiff,                  :             23-CV-0257 (JMF)

               -v-                            :             <u>ORDER</u>

VALLEY FORGE INSURANCE COMPANY,   :

                 Defendant.          :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On January 12, 2023, Defendant filed a Corrected Notice of Removal, amending the name of the Plaintiff.  ECF No. 6.  The Clerk's Office marked the filing as deficient because Defendant had not obtained leave of Court for it.  The Court grants Defendant leave *nunc pro tunc*.  Defendant is directed to promptly re-file an Amended Notice of Removal.

       SO ORDERED.

Dated: January 13, 2023
       New York, New York
                                                          JESSE M. FURMAN
                                             United States District Judge